UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL DURBAN,<br><br>               Plaintiff,<br><br>   v.<br><br>GOLDEN STATE WATER COMPANY,<br><br>               Defendant. | CASE NO. C17-1570 MJP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    Plaintiff, proceeding *pro se*, filed a complaint (Dkt. No. 1) which has been assigned to this Court. The Court has reviewed Plaintiff's pleadings and concluded that his case cannot be litigated in this district.

    All of the conduct and conditions of which Plaintiff complains occurred in California (apparently in the Los Angeles area). Therefore, his claims arose in the Central District of California and not in the Western District of Washington. Accordingly, venue is proper in the

Central District of California and not here. *See* 28 U.S.C. § 1391(b)[1]. When a case is filed in the wrong district, the district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Plaintiff will not be prejudiced by dismissal of the instant complaint as there is nothing to prevent him from re-filing it in the Central District of California. Therefore,

IT IS ORDERED that the above-entitled matter is DISMISSED without prejudice to re-file the claims in the proper district.

The clerk is ordered to provide copies of this order to Plaintiff.

Dated: October 26, 2017.

Marsha J. Pechman
United States District Judge

---

[1] Venue would also be proper in any district in which the defendant resides. *See* 28 U.S.C. § 1391(b). It appears that the Defendant resides in the Central District of California as well.